# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JOAN J. BUCK, | Case No. 14-03637 DDP (FFMx) |
|---|---|
| Plaintiff, | Assigned to Hon. Dean D. Pregerson |
| v. | **STIPULATED ORDER TO CONTINUE JUNE 16 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [DOC. NO. 11]** |
| METRO-GOLDWYN-MAYER STUDIOS INC., and DOES 1-100, | |
| Defendants. | |

Pursuant to Stipulation, and for good cause shown, the following dates are changed as set forth below:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Opposition to Motion to Dismiss | 5/23/2014 | 6/2/2014 |
| Reply to Opposition to Motion to Dismiss | 6/2/2014 | 6/16/2014 |

[PROPOSED] STIPULATED ORDER

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Hearing on Defendant's Motion to Dismiss (docket number 11) | 6/16/2014 at 10:00 a.m. | 6/30/2014 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: May 21, 2014

_____
HON. DEAN D. PREGERSON
United States District Judge

2      [PROPOSED] STIPULATED ORDER