

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date 7/15/14

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LOS ANGELES COUNTY
SUPERIOR COURT
CIVIL FILING UNIT
111 NORTH HILL STREET
LOS ANGELES, CA 90012

Re:  Case Number: 2:14-cv-03637-DDP-FFM

Previously Superior Court Case No. BC540146

Case Name: Joan J Buck v. Metro-Goldwyn-Mayer Studios Inc.

Dear Sir / Madam:
   Pursuant to this Court's ORDER OF REMAND issued on 7/14/14, the above-referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: L Chai
    Deputy Clerk   213-894-5730

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

July 22, 2014
Date

Clerk, Superior Court
By: Hendrickson
    Deputy Clerk

CV - 103 (09/08)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)